**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| TRIFECTA RED HILLS I, LLC,<br><br>Plaintiff,<br>v.<br><br>TENNESSEE VALLEY AUTHORITY,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. _______________ |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Plaintiff Trifecta Red Hills I, LLC, a nongovernmental corporate party, provides the following information:

Trifecta Red Hills I, LLC, a Delaware limited liability company, is 100% owned by Trifecta Renewable Solutions, LLC, a Delaware limited liability company, which is 100% owned by ReGen Resources, LLC, a Delaware limited liability company, which is 100% owned by NACCO Natural Resources Corporation, which is 100% owned by NACCO Industries, Inc., a Delaware corporation and public company with no holder of more than 10% of its stock.

Plaintiff will promptly file a supplemental statement if any required information changes.

Dated: September 15, 2026

Respectfully submitted,
By: */s/ W. Edward Shipe*

**BROCK SHIPE KLENK**
W. Edward Shipe (TN BPR #023887)
eshipe@bskplc.com
Karli A. Ball (TN BPR #043013)
kball@bskplc.com
265 Brookview Centre Way, Ste. 604
Knoxville, TN 37919
(865) 338-9700

**HUNTON ANDREWS KURTH LLP**
Cassandra C. Collins (*pro hac vice forthcoming*)
scollins@hunton.com
William Newton (*pro hac vice forthcoming*)
wnewton@hunton.com
951 E. Byrd Street, Suite 200
Richmond, VA 23219
Tel: (804) 788-8692
Fax: (804) 343-4509

Attorneys for Plaintiff TRIFECTA RED HILLS I, LLC